**Schedule A**

| Defendant 1 | |
|---|---|
| Seller | Bedsure |
| Amazon Seller ID | A3LDROY0BE4ISH |
| Business Name Provided to Platform | BEDSHE INTERNATIONAL CO., LTD |
| Address Uncovered During Investigation | 20651 Golden Springs Dr.,#277<br>DIAMOND BAR<br>CA<br>91789 |
| Seller URL | https://www.amazon.com/sp?ie=UTF8&seller=A3LDROY0BE4ISH&asin=B0DJVYQVP3&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| ASINs | 1. B0DJVYQVP3<br>2. B0F1CZSKQS<br>3. B0DJVZD3Q2<br>4. B0DJVY444L |
| Infringing Product URL | https://www.amazon.com/Bedsure-Airplane-Lightweight-Essentials-Functioned/dp/B0DJVYQVP3?th=1 |

| Defendant 2 | |
|---|---|
| Seller | Elite Collection US |
| Amazon Seller ID | A3IJE9QLHF53YE |
| Business Name Provided to Platform | guawodianzishangwuyixingyouxiangongsi |
| Address Uncovered During Investigation | 丁蜀镇<br>施荡村桥头组<br>无锡市<br>江苏省<br>214200<br>CN |
| Seller URL | https://www.amazon.com/sp?ie=UTF8&seller=A3IJE9QLHF53YE&asin=B0CNJS15T4&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| ASINs | 1. B0CNJS15T4<br>2. B0D59B499G<br>3. B0CNK1R3QN<br>4. B0CNK1R3QN<br>5. B0CNJYV6SL |
| Infringing Product URL | https://www.amazon.com/BEDELITE-Airplane-Portable-Packable-Essentials/dp/B0CNJS15T4?th=1 |

| **Defendant 3** | |
|---|---|
| Seller | Sochow Blanket |
| Amazon Seller ID | AO36VLWCECXVH |
| Business Name Provided to Platform | SUZHOU LIMIT TRADING CO.,LTD. |
| Address Uncovered During Investigation | 竹园路209号<br><br>苏州市<br><br>高新区<br><br>江苏省<br><br>215011<br>CN |
| Seller URL | https://www.amazon.com/stores/SOCHOW/page/A59C9984-93EF-498A-8AC8-2B695B74D4C9?lp_asin=B0DDSPRPNB&ref_=ast_bln |
| ASINs | 1. B0DDSPRPNB<br>2. B0DDSNRC3Y<br>3. B0DDT88CRG<br>4. B0DDSRTF4V |
| Infringing Product URL | https://www.amazon.com/dp/B0DDSPRPNB?th=1 |

| **Defendant 4** | |
|---|---|
| Seller | Plush & Plaid Home Collection |
| Amazon Seller ID | A31GZXMEG15DG0 |
| Business Name Provided to Platform | Changshushizhilankejiyouxiangongsi |
| Address Uncovered During Investigation | 常熟市梅李镇<br>美迪洋路96-1<br><br>苏州市<br><br>江苏<br><br>215500<br>CN |
| Seller URL | https://www.amazon.com/sp?ie=UTF8&seller=A31GZXMEG15DG0&asin=B0D679HY3N&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| ASINs | 1. B0D679JZP4<br>2. B0D679HY3N<br>3. B0D677ZBZ3<br>4. B0D679ZM16<br>5. B0D678V3DC<br>6. B0D6794XS1 |
| Infringing Product URL | https://www.amazon.com/Plush-Plaid-Airplane-Mid-Weight-Portable/dp/B0D679HY3N?ref_=v_sp_product_dpx |