

US0D1059900S

## (12) United States Design Patent
### Jermolenko

(10) Patent No.: **US D1,059,900 S**
(45) Date of Patent: ⋆⋆ **Feb. 4, 2025**

(54) **BLANKET POUCH WITH REAR SLEEVE**

(71) Applicant: **Nathan Jermolenko**, Sheridan, WY (US)

(72) Inventor: **Nathan Jermolenko**, Sheridan, WY (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/808,541**

(22) Filed: **Sep. 21, 2021**

(51) **LOC (15) Cl.** .............................................. 06-13
(52) **U.S. Cl.**
USPC ........................................................ D6/603
(58) **Field of Classification Search**
USPC ............. D2/719; D3/233, 303; D6/596–603, D6/610–611; 219/212; 383/4, 61.3
CPC ........ A47D 15/02; A47G 9/02; A47G 9/0207; A47G 9/0215; A47G 9/0223; A47G 9/062; A47G 9/06; A47G 9/08; A47G 9/083; A47G 9/10; A47G 9/1045
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,652,983 A | * | 8/1997 | Kraemer | A47G 9/0253 5/639 |
| D428,295 S | * | 7/2000 | Frye | D6/601 |
| 6,647,570 B1 | * | 11/2003 | Ong | A47G 9/1045 5/502 |
| D492,875 S | * | 7/2004 | Su | D6/601 |
| D572,959 S | * | 7/2008 | Baumgartner | D6/601 |
| D582,712 S | * | 12/2008 | Koval | D6/601 |
| D593,787 S | * | 6/2009 | Dafna | D6/601 |
| D612,187 S | * | 3/2010 | Visco | D6/604 |
| D628,423 S | * | 12/2010 | Kratzer | D6/601 |
| 8,327,483 B1 | * | 12/2012 | Zamora | A47G 9/10 5/636 |
| D673,409 S | * | 1/2013 | Kelly | D6/601 |
| D769,451 S | * | 10/2016 | MacMillan | D6/601 |
| D809,321 S | * | 2/2018 | Bell | D6/601 |
| D833,109 S | * | 11/2018 | Hoffman | D2/719 |
| D859,835 S | * | 9/2019 | O'Callaghan | D3/303 |
| D901,837 S | * | 11/2020 | Hoffman | D2/750 |
| D901,939 S | * | 11/2020 | Liu | D6/596 |
| D903,378 S | * | 12/2020 | Johnston | D6/603 |
| D904,795 S | * | 12/2020 | Johnson | D6/601 |
| D946,309 S | * | 3/2022 | Wang | D6/601 |
| 2016/0367053 A1 | * | 12/2016 | James | A47C 7/383 |

(Continued)

OTHER PUBLICATIONS

EverSnug Travel Blanket and Pillow, first available Jan. 15, 2020 [online], [retrieved Mar. 15, 2024], Retrieved from internet, https://www.amazon.com/EverSnug-Travel-Blanket-Pillow-Pillowcase/dp/B08D8F9PL6 (Year: 2020).*

(Continued)

*Primary Examiner* — Mary Ann Calabrese
*Assistant Examiner* — Harper E Comstock
(74) *Attorney, Agent, or Firm* — Boris Leschinsky

(57) **CLAIM**

The ornamental design for a blanket pouch with rear sleeve as shown.

**DESCRIPTION**

FIG. **1** is a front perspective view of a blanket pouch with rear sleeve showing my new design;
FIG. **2** is a rear perspective view thereof;
FIG. **3** is a front elevation view thereof;
FIG. **4** is a rear elevation view thereof;
FIG. **5** is a left side elevation view thereof;
FIG. **6** is a right side elevation view thereof;
FIG. **7** is a top plan view thereof; and,
FIG. **8** is a bottom plan view thereof.
The broken lines shown in FIGS. **2**, **4**, and **5-8** indicate stitching.

**1 Claim, 5 Drawing Sheets**



US D1,059,900 S

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2022/0378233 | A1* | 12/2022 | Kelly | A47G 9/06 |
| 2024/0016320 | A1* | 1/2024 | Hedaya | A47G 9/0207 |
| 2024/0156287 | A1* | 5/2024 | Parsons | A47G 9/0253 |
| 2024/0285106 | A1* | 8/2024 | McTaggart | A47G 9/02 |
| 2024/0292961 | A1* | 9/2024 | Adair | A47D 5/006 |

OTHER PUBLICATIONS

CN202030024868.1, Application date: Jan. 14, 2020, China National Intellectual Property Administration, Publication date: Sep. 18, 2020, Owner: Wu Bingchu, Creator: Wu Bingchu. (Year: 2020).*

Kosmiko Travel Blanket, first available Aug. 27, 2023 [online], [retrieved Mar. 15, 2024], Retrieved from internet, https://www.walmart.com/ip/Kosmiko-Travel-Blanket-and-Pillow-Premium-Soft-2-in-1-Airplane-Blanket-with-Soft-Bag-Pillowcase/5110360120 (Year: 2023).*

Vessia Travel Blanket, first available Dec. 25, 2023 [online], [retrieved Mar. 16, 2024], Retrieved from internet, https://www.amazon.com/Vessia-Blanket-Airplane-Portable-Backpack/dp/B0CQXW7FPW/ref=sr_1_32_sspa (Year: 2023).*

Excervent Travel Blanket, first available May 23, 2023 [online], [retrieved Mar. 15, 2024], Retrieved from internet, https://www.amazon.com/Excervent-Blanket-Airplane-Blankets-65x40inch/dp/B0C68JN5P5 (Year: 2023).*

Proglobe Camping Blanket, first available Oct. 12, 2023 [online], [retrieved Sep. 6, 2024], Retrieved from internet, https://www.amazon.com/Proglobe-Airplane-Luxurious-Essentials-Accessories/dp/B0CKY2V7R4/ref=cm_cr_arp_d_product_top (Year: 2023).*

Travel Pillow Blanket Set, first available May 15, 2023 [online], [retrieved Sep. 6, 2024], Retrieved from internet, https://www.amazon.com/Adventure-Aids-Travel-Blanket-Airplane/dp/B0C59C556B/ref=sxin_16_pa_sp_search_thematic_sspa (Year: 2023).*

CN202330754894.3, Application date: Nov. 17, 2023, China National Intellectual Property Administration, Publication date: May 3, 2024, Owner: Lv Jincan, Creator: Lv Jincan. (Year: 2024).*

Pavilia Travel Blanket Airplane Compact with Bag, first available Dec. 23, 2022 [online], [retrieved Oct. 17, 2024], Retrieved from internet, https://www.amazon.com/dp/B0BNLZWP1D/ref=sspa_dk_detail_4 (Year: 2022).*

CN202330820585.1, Application date: Dec. 13, 2023, China National Intellectual Property Administration, Publication date: Sep. 13, 2024, Owner: Changshu Raindrop Multi Network Technology Co Ltd, Creator: Yu Jianguo. (Year: 2024).*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8