





# amazon

## Secure checkout ⌄



**Delivering to John Test**                                        Change
121 N LA SALLE ST RM 100, CHICAGO, IL, 60602-1231, United States

Add delivery instructions

Pickup available nearby ⌄

---

**Paying with Mastercard 7402**                                    Change

Use a gift card, voucher, or promo code

---

**Arriving Nov 12, 2025**
If you order in the next 17 hours and 23 minutes



Bedsure Travel Blanket Airplane Compact with
Storage Bag, Packable Blanket with Eye Mask,
Lightweight 2-in-1 Travel Essentials, Functioned as
Pillow for Airplane Comfort and Warmth, Grey
**$24.99**
& FREE Returns ⌄
Ships from Amazon.com
Sold by Bedsure

🗑 1 +

Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals
what's inside. To change, click below.

[ Reduce packaging, ship in manufacturer's container ⌄ ]

○ Monday, Nov 10
  [ 7 days of Prime for $1.99 ]
  **FREE Two-Day Delivery with your trial of Prime**

● Wednesday, Nov 12
  $6.99 - Delivery

○ Monday, Nov 10
  $9.99 - Two Day Delivery

---

EverSnug, enjoy a 7-day trial of Prime for only $1.99!
[ Join Prime ]

[ **Place your order** ]

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $24.99 |
| Shipping & handling: | $6.99 |
| Estimated tax to be collected: | $2.56 |
| **Order total:** | **$34.54** |

---

[ **Place your order** ] **Order total: $34.54**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to
purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. For the 2025 holiday season, most items purchased between November 1
and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned
through January 15, 2026. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

---

Back to top

# amazon

[ 🌐 English ⇅ ]   [ 🇺🇸 United States ⇅ ]        Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑
© 1996-2025, Amazon.com, Inc. or its affiliates



# Size Reference







**Multifunctional blanket**
Use as a blanket OR a pillow



**Metal Clip**

Secure and Hang to Backpack



**Luggage Sleeve**

Hands-Free Convenience





amazon

## Secure checkout ⌄

🛒 Cart

**Delivering to John Test**                    Change
121 N LA SALLE ST RM 100, CHICAGO, IL, 60602-1231, United States

Add delivery instructions

Pickup available nearby ⌄

---

**Paying with Mastercard 7402**                Change
Use a gift card, voucher, or promo code

---

**Arriving Nov 12, 2025**
If you order in the next 21 hours and 25 minutes



BEDELITE Travel Blanket with Bag, Ultra-Soft
Jacquard Fleece Blanket with Luggage Sleeve &
Backpack Clip, Airplane Blanket Travel Essentials,
Blue
**$19.99**
& FREE Returns ⌄
Ships from Amazon.com
Sold by Elite Collection US

🗑 1 +

Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals
what's inside. To change, click below.

Reduce packaging, ship in manufacturer's container ▾

○ Monday, Nov 10
  7 days of Prime for $1.99
  **FREE Two-Day Delivery with your trial of Prime**

● Wednesday, Nov 12
  $6.99 - Delivery

○ Monday, Nov 10
  $9.99 - Two Day Delivery

---

**Place your order**   **Order total: $29.03**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to
purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers:  Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. For the 2025 holiday season, most items purchased between November 1
and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned
through January 15, 2026. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart

---



EverSnug, enjoy a 7-day trial of Prime for only $1.99!
Join Prime

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $6.99 |
| Estimated tax to be collected: | $2.05 |
| **Order total:** | **$29.03** |

---



Back to top

amazon

🌐 English ⇅    🇺🇸 United States    Help

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ◼
© 1996-2025, Amazon.com, Inc. or its affiliates



## Elite Collection US

Visit the Elite Collection US storefront

★★★★★ **100% positive** in the last 12 months (656 ratings)

### About Seller

Elite Collection US is committed to providing each customer with the highest standard of customer service.

Have a question for Elite Collection US?

[ Ask a question ]

### Reviews

★★★★★ 5 out of 5          [ 12 months ∨ ]
656 ratings

**5 star** ▬▬▬▬▬▬▬ 100%
**4 star** 0%
**3 star** 0%
**2 star** 0%
**1 star** 0%

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ∨ ]

656 total ratings, 656 with feedback for 12 months ⓘ

★★★★★ "Item as described, arrived earlier than expected."
By A Reader on November 8, 2025.

★★★★★ "Perfect! Very pleased."
By gregory B on November 8, 2025.

★☆☆☆☆ "The item arrived scratched and used (I paid for a new one), without the bags and without a scoop and scoop holder."
By BrennaLynn on November 8, 2025.

★★★★★ "Better than advertised"
By crystal the college girl on November 7, 2025.

★★★☆☆ "The description of this product is somewhat misleading. I have bought several different flannel sheet sets in the past, and I have never had a set that was like..."
Read more
By Deborah on November 7, 2025.

Previous Next

### Return & Refund Policies

Please refer to the Amazon.com Return Policy .

### Detailed Seller Information

Business Name: guawodianzishangwuyixingyouxiangongsi
Business Address:
丁爱峰
施落村桥头组
无锡市
江苏省
214290
CN

### Shipping Policies                                                        ∨

### Other Policies                                                           ∨

### Help                                                                     ∨

### Products

See all products currently offered by the seller.

Leave seller feedback



See personalized recommendations

[ Sign in ]

New customer? Start here.

























## Secure checkout ⌄

Case: 1:25-cv-14403 Document #: 48-3 Filed: 01/04/26 Page 25 of 41 PageID #:880

🛒 Cart

**Delivering to John Test**                                                              Change

121 N LA SALLE ST RM 100, CHICAGO, IL, 60602-1231, United States

Add delivery instructions

Pickup available nearby ⌄

---

**Paying with Mastercard 7402**                                                    Change

Use a gift card, voucher, or promo code

---

**Arriving Nov 13, 2025**

If you order in the next 18 hours and 1 minute



SOCHOW Travel Blanket for Airplane Train and Car, Soft Travel Blanket or Pillow 2 in 1 Compact with Portable Bag Pillowcase, Flight Blanket with Luggage Sleeve and Backpack Clip, Grey
**$29.99**
& FREE Returns ⌄
Ships from Amazon.com
Sold by Sochow Blanket

🗑 1 +

Add gift options

Item often ships in manufacturer's container to reduce packaging and reveals what's inside. To change, click below.

Reduce packaging, ship in manufacturer's container ▾

○ **Wednesday, Nov 12**
`7 days of Prime for $1.99`
**FREE Two-Day Delivery with your trial of Prime**

● **Thursday, Nov 13**
$6.99 - Delivery

○ **Wednesday, Nov 12**
$10.90 - Two Day Delivery

---

**Place your order**        **Order total: $40.05**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

---

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. Exceptions and restrictions apply. See Amazon's Returns Policy

Back to cart



EverSnug, enjoy a 7-day trial of Prime for only $1.99!

Join Prime

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---:|
| Items: | $29.99 |
| Shipping & handling: | $6.99 |
| Estimated tax to be collected: | $3.07 |
| **Order total:** | **$40.05** |



# TRAVEL BLANKET   OR   TRAVEL PILLOW



**FRONT**

**BACK**

60inch

43inch

11.8inch

15.35inch

















**amazon**

## Secure checkout ⌄

🛒 Cart

### Delivering to John Test
Change

121 N LA SALLE ST RM 100, CHICAGO, IL, 60602-1231, United States

Add delivery instructions

Pickup available nearby ⌄

### Paying with Mastercard 7402
Change

Use a gift card, voucher, or promo code

### Arriving Nov 14, 2025
If you order in the next 16 hours and 2 minutes



Plush & Plaid Travel Blanket Airplane Compact
with Bag, Mid-Weight Soft Throw Blanket Pillow
for Long/Short Flight, Portable Packable with
Luggage Sleeve and Backpack Clip, 40x65, Gray
$19.99
& FREE Returns ⌄
Ships from Amazon.com
Sold by Plush & Plaid Home Collection

🗑 1 +

Add gift options

○ Thursday, Nov 13
**7 days of Prime for $1.99**
FREE Two-Day Delivery with your trial of Prime

● Friday, Nov 14
$6.99 - Delivery

○ Thursday, Nov 13
$9.99 - Two Day Delivery

**Place your order**

**Order total: $29.03**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. For the 2025 holiday season, most items purchased between November 1 and December 31, 2025 can be returned through January 31, 2026. Apple-branded products purchased between November 1 and December 31, 2025 can be returned through January 15, 2026. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Back to cart



EverSnug, enjoy a 7-day trial of Prime for only $1.99!

Join Prime

**Place your order**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $6.99 |
| Estimated tax to be collected: | $2.05 |
| **Order total:** | **$29.03** |



Back to top

**amazon**

🌐 English ⇕     🇺🇸 United States     Help

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ✔✗
© 1996-2025, Amazon.com, Inc. or its affiliates







**Sturdy Metal Clip**

Right size to fit
most brands' backpacks
or luggges



**Fitted Luggage Sleeve** ▶ ▶ ▶

No need to take space
in your suitcase







